# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ERIC GUNTHER SHIBLES,

       Petitioner,

  v.

RICK RAEMISCH,
SHEILA REIFF,
ET AL,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-158-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants with prejudice.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin

by Deputy Clerk

_____4/6/09_____
Date